UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00052

**Vicki Vanita Clayton,**
*Plaintiff,*

v.

**Commissioner of Social Security,**
*Defendant*

# ORDER

Plaintiff filed this civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioner's denial of her application for Social Security benefits. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a report recommending that the decision of the Commissioner be affirmed and that this cause of action be dismissed with prejudice. Doc. 25. Thereafter, on December 1, 2021, plaintiff filed a response indicating that she would not be filing objections to the report and recommendation. Doc. 26.

The court therefore reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Accordingly, the report and recommendation (Doc. 25) is adopted. Fed. R. Civ. P. 72(b)(3). The decision of the Commissioner is affirmed, and this cause of action is dismissed with prejudice.

*So ordered by the court on December 3, 2021.*

J. CAMPBELL BARKER
United States District Judge